# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 114TH DISTRICT COURT OF SMITH COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 18th day of March, 2015, the cause upon appeal to revise or reverse your judgment between

**GUY SPARKMAN, Appellant**

**NO. 12-13-00272-CV; Trial Court No. 12-1560-B**

Opinion by James T. Worthen, Chief Justice.

**KAREN PHILLIPS, INDIVIDUALLY & IN HER OFFICIAL CAPACITY, STANLEY SPRINGERLY, INDIVIDUALLY & IN HIS OFFICIAL CAPACITY & AMY GILBREATH IN HER OFFICIAL CAPACITY AS DEPUTY CIVIL CLERK OF COUNTY COURT AT LAW #2, Appellees**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the order of the court below.

It is therefore ORDERED, ADJUDGED and DECREED that the dismissal order of the court below **be in all things affirmed**, and that all costs of this appeal are hereby adjudged against the Appellant, **GUY SPARKMAN**, for which execution may issue, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 20th day of July, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk